In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-402 CV


____________________



JOHN WIEDER, Appellant



V.



WILLIE MAE ELMORE, IN HER CAPACITY AS TRUSTEE OF 


THE BOARD OF TRUSTEES OF THE PORT ARTHUR 


INDEPENDENT SCHOOL DISTRICT, Appellee






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-172673






MEMORANDUM OPINION


 Willie Mae Elmore and the Port Arthur Independent School District filed a motion
to dismiss the appeal of John Wieder. (1) The appellant filed a response but failed to identify
any authority in support of appellate jurisdiction.

 The notice of appeal seeks to appeal an "Order Granting Defendant's Motion for
Substitution of Counsel." The trial court has not signed its final judgment on the case. 
No appealable order has been signed by the trial court. See Lehmann v. Har-Con Corp.,
39 S.W.3d 191, 195 (Tex. 2001). The appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 __________________________

 CHARLES KREGER

 Justice


Opinion Delivered November 17, 2005 

Before Gaultney, Kreger and Horton, JJ.
1. Willie Mae Elmore is the sole opposing party identified in the style of the trial court's
order. Elmore is the past President and a current Trustee of the Board of Trustees of the Port
Arthur Independent School District. Julie Samuels is currently the Board's President. When a
public officer is a party in an official capacity to an appeal, and if the person ceases to hold office
during the appeal, the public officer's successor is automatically substituted as the party if
appropriate. Tex. R. App. P. 7.2.